In the Matter of the Application of LEROY B. WILLIAMS, Respondent, for an Order to Show Cause, Addressed to CLIFFORD GOES, and Others, Constituting the Board of Assessors of the City of Syracuse, etc., Appellants.— Judgment affirmed, with costs. Memorandum. In view of the testimony of the city's witness to the effect that the value of the property did not change after our decision as to the 1933 assessment on this same property (240 App. Div. 1014), the judgment appealed from is affirmed on the authority of People ex rel. Warren v. Carter (119 N. Y. 557) and People ex rel. N. Y. C. R. R. Co. v. Bissell (207 App. Div. 705) and for the reasons, as to inequality, expressed in our opinion in Matter of Cahill [ante, p. 423], decided at this same term. All concur.

JOSEPH J. RESSLER, Appellant, v. WILLIAM J. CONNERS, JR., and Others, as Executors and Trustees under the Last Will and Testament of WILLIAM J. CONNERS, Deceased, Respondents.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and for granting a new trial upon two grounds: 1. That the trial court erred in refusing to permit plaintiff to testify as to when he discovered the fraud. The failure of plaintiff's counsel to take an exception does not bar us from taking this error into account. 2. That plaintiff presented sufficient testimony to make out a prima facie case.

OSCAR C. WOLLABER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

MYRA E. WOLLABER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FLORENCE HARRIGER for Herself and as Guardian ad Litem of DANIEL HARRIGER, JR., an Infant, Appellant, v. CONRAD GRONWALL, Respondent.— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal and for granting a new trial on the ground that the finding of the jury that the defendant was not negligent is against the weight of the evidence.